UNITED STATES *v.* WINERICH MANUFACTURING CO., INC.

**No. 7601.**—Invoice dated Mexico, D. F., April 2, 1946.
  Certified April 4, 1946.
  Entered at Corpus Christi, Tex., April 8, 1946.
  Entry No. CE 35–C.

(Decided June 16, 1948)

*Paul P. Rao*, Assistant Attorney General (*Richard H. Welsh*, special attorney), for the plaintiff.
Defendant not represented by counsel.

JOHNSON, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation:

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the market value or price at the time of exportation of the merchandise involved herein, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States, plus, when not included in such price, the cost of containers and coverings of whatever nature, and all other costs, charges, and expenses incident to placing the merchandise in condition, packed ready for shipment to the United States—is as follows:

  Primorea Fantacia Surtido, 15 y 25, 10004.30 Mts. @
    Mex. $1.80 per Mts.
  Rodiezmina, 5472.00 Mts., @ Mex. $1.70 per Mts.
  Plus "Envase" or containers_____ 350. 00
  Plus Packing_____ 50. 42
  Plus Tax (or "stamps")_____ 450. 63

IT IS FURTHER STIPULATED AND AGREED that there was no higher foreign value for the merchandise herein at the time of exportation.

IT IS FURTHER STIPULATED AND AGREED that this case may be submitted on the foregoing stipulation.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values were as follows:

Primorea Fantacia Surtido, 15 y 25, 10004.30 Mts. @ Mex. $1.80 per Mts.

Rodiezmina, 5472.00 Mts., @ Mex. $1.70 per Mts.

| | |
|---|---|
| Plus "Envase" or containers | 350. 00 |
| Plus Packing | 50. 42 |
| Plus Tax (or "stamps") | 450. 63 |

Judgment will be rendered accordingly.